## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

REGINALD L. DUNAHUE
ADC #106911                                                                                          PLAINTIFF

V.                                   5:06CV00263 GH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                                  DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted and Judgment is entered in favor of Defendants on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 29th day of January, 2007.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE